IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD GROVE COTTRELL,

    Plaintiff,

v.                                                                                          CASE NO. 5:11cv367-MP-EMT

WARDEN SEXTON, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 3, 2012. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's notice of voluntary dismissal (doc. 16) is GRANTED and this case is DISMISSED without prejudice.

    **DONE and ORDERED** this 2nd day of February, 2012.

                                                                                    s/ *M. Casey Rodgers*
                                                                                    **M. CASEY RODGERS**
                                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**